UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LAUREN VIUP                                                                                          PLAINTIFF

v.                            CIVIL ACTION NO: 3:25-CV-00001-DJH-CHL (*e-filed*)

MERRICK GARLAND, in his official
capacity as ATTORNEY GENERAL
OF THE UNITED STATES                                                 DEFENDANT

## PROPOSED AGREED BRIEFING SCHEDULE

Pursuant to the Court's order (Doc. 26, PageID.11), the parties are obligated to file an agreed briefing schedule on today's date to resolve the Defendant's motion to dismiss (Doc. 13.). Counsel for the Plaintiff expects to complete filing for pro hac vice admission to appear and practice this case by the day after this filing.  Counsel for both parties have communicated by e mail and telephone, and have agreed to the following briefing schedule for the Defendant's motion to dismiss:

    Defendant's motion, March 7, 2025

    Plaintiff's response, March 28, 2025

    Defendant's reply, April 11, 2025

The Defendant therefore respectfully submits this filing pursuant to the Court's order to file an agreed briefing schedule, and requests an order establishing that schedule and remanding any other prior deadlines in this matter.

2

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Jason Snyder*
Jason Snyder
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-6993
jason.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the plaintiff.

*/s/ Jason Snyder*
Jason Snyder
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-6993
jason.snyder@usdoj.gov