UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LAUREN VIUP,                                                                        Plaintiff,

v.                                                Civil Action No. 3:25-cv-001-DJH-CHL

MERRICK GARLAND,                                      Defendant.

\* \* \* \* \*

## ORDER

On January 2, 2025, the Clerk of Court notified attorneys Erin Luibrand and Kevin A. Luibrand, counsel for plaintiff Lauren Viup, that attorneys who have not been admitted to practice before this Court must, in accordance with Local Rule 83.2, seek leave of Court to practice in a particular case. (Docket No. 21; D.N. 22) The Clerk granted these attorneys nineteen days to comply with Local Rule 83.2. (*Id.*) The attorneys failed to comply. Accordingly, it is hereby

**ORDERED** that within **ten (10) days** of entry of this Order, attorneys Erin Luibrand and Kevin A. Luibrand **SHALL SHOW CAUSE** why they should not be suspended from appearing as counsel of record in this matter.

February 14, 2025

David J. Hale, Judge
United States District Court

1