UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LAUREN VIUP,<br>       **Plaintiff,**<br><br>v.<br><br>MERRICK GARLAND<br>ATTORNEY GENERAL,<br>DEPARTMENT OF JUSTICE<br>       **Defendant.** | Case No. 3:25-cv-00001-DJH |

## DECLARATION OF SHAWN MORROW

I, Shawn Morrow, make the following statement freely and voluntarily based on my personal knowledge:

I hereby declare:

1. I am employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as the Deputy Assistant Director, Office of Intelligence Operations. I have held this position since February 2025.

2. From May 2020 to January 2025, I was the Special Agent in Charge (SAC) of the Louisville Field Division, Office of Field Operations.

3. In my position as SAC of the Louisville Field Division, I was responsible for ATF in Kentucky and West Virginia. These duties included overseeing ATF's criminal enforcement operations within the Field Division, including enforcing federal laws related to firearms, explosives, and arson offenses as well as overseeing ATF's regulatory responsibility for the firearms and explosives industry. My responsibilities also included managing personnel and overseeing administrative matters across the Field Division.

4. During the time I served as SAC, Louisville Field Division, the Field Division staff and Louisville based groups were located on a single floor in the Mazzoli Federal Building in Louisville. Employees who worked at this location had access to the entire floor, to include a lunch and break area, where ATF provided employees refrigerator space for their food and drink, and tables and chairs for eating lunch or taking breaks on the same floor as the ATF office space.

5. During the time I was SAC of the Louisville Field Division, posters advising employees of their EEO rights were posted in four different areas within the Louisville Field Division office space: (1) in Group I; (2) in Group II; (3) in Group IV; and (4) in the lunch and break area.

6. These locations were centrally located and accessible to all ATF employees who were assigned to the Louisville Field Division office location.

7. To the best of my knowledge and recollection, during my time as SAC of the Louisville Field Division, the posters advising employees of their EEO rights were posted in these locations.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed this 5 t h day of March, 2025, in Washington, District of Columbia.

_____
Shawn Morrow