UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LAUREN VIUP,<br>   Plaintiff,<br><br>v.<br><br>MERRICK GARLAND<br>ATTORNEY GENERAL,<br>DEPARTMENT OF JUSTICE<br>   Defendant. | Case No. 3:25-cv-00001-DJH |

### DECLARATION OF EVETTE YOUNG

I, Evette Young, make the following statement freely and voluntarily based on my personal knowledge:

I hereby declare:

1. I am employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as Chief, Office of Equal Employment Opportunity (OEEO). I have held this position since November 2019.

2. As Chief of the OEEO, I oversee the implementation of programs to promote a discrimination-free work environment, maintain a fair, impartial, and efficient complaint process, and provide timely and relevant training and advisory services.

3. Through my official duties, I ensure the mandatory postings notifying employees of the EEO rights are up to date and are sent to the Directorates for posting in their offices.

4. During the time that I have served as the Chief, OEEO, the Agency has had two postings that I directed be placed in office spaces advising employees of their EEO rights: (1) an EEO is the Law poster, and (2) the Agency's EEO Policy Statement.

5. Each EEO is the Law poster advised employees that if they believe they have been subjected to discrimination in the workplace or through the employment process, they must initiate contact with an EEO Counselor within 45 calendar days of the occurrence of the alleged discrimination.

6. Each EEO Policy Statement also advised employees and applicants that if they believe they have been subjected to discrimination, harassment or retaliation for participating in EEO activity or for opposing discrimination, they are to contact the ATF EEO office within 45 calendar days of when the alleged harm occurred.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746. Executed this 6th day of March, 2025, in Washington, D.C.

_____
Evette R. Young