UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LAUREN VIUP                                                      PLAINTIFF


v.                              CIVIL ACTION NO: 3:25-CV-00001-DJH-CHL (*e-filed*)


MERRICK GARLAND, in his official
capacity as ATTORNEY GENERAL
OF THE UNITED STATES                                             DEFENDANT


## **ORDER**


Upon motion by the Defendant to dismiss this action, and the Court being otherwise

sufficiently advised;

IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss is GRANTED and

this action is DISMISSED with prejudice.


Submitted by:

Jason Snyder
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-6993
jason.snyder@usdoj.gov