UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

---

LAUREN VIUP,

              Plaintiff,              **AFFIDAVIT OF PLAINTIFF**
                                                                 **LAUREN VIUP**

-against-

MERRICK GARLAND in his official              *Civil Action No.:*
Capacity as ATTORNEY GENERAL              *3:25-cv-00001-DJH-CHL*
OF THE UNITED STATES,

              Defendant.

---

STATE OF NEW YORK    )
                               )ss:
COUNTY OF ALBANY      )

      LAUREN VIUP, being duly sworn, deposes and states the following under penalties of perjury:

    1.    My name is Lauren Viup and I am the plaintiff in this action.

    2.    I reported sexual harassment to my employer, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), while I was working at the Louisville Field Division ("LFD"). After deliberation, LFD reported the sexual harassment to ATF Internal Affairs Division (IAD). I was a witness for the IAD investigation and until I was served with the suspension notice I was unaware of the blatant discrimination that I was the only female witness and that in retaliation to reporting the sexual harassment I was punished with a

1

suspension. After reviewing the documentation from the IAD report, it was clear I was being discriminated against as a female. I subsequently contacted the Equal Employment Opportunity Commission ("EEO"), imitating contact within the required 45 day window.

3. Because ATF represented to me that I could not file a complaint for discrimination with the EEO until after I had exhausted the internal ATF appeal and grievance process, and because ATF took over 45 days after I reported the instances of discrimination against myself to investigate the reported instances, ATF caused me to miss the 45-day EEO filing deadline.

4. I contacted EEO the day I was served, immediately following receiving the adverse action of being suspended.

TIMOTHY ATKINS
Notary Public, State of New York
Registration No. 01AT6257155
Qualified in Albany County
Commission Expires March 5, 20\_28

_____
Lauren Viup

Sworn to before me this
28th day of March, 2025.

_____
Notary Public