# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

|  |  |  |
|---|---|---|
| **LAUREN VIUP,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 3:25-cv-00001-DJH** |
| **MERRICK GARLAND** | ) | |
| **ATTORNEY GENERAL,** | ) | |
| **DEPARTMENT OF JUSTICE** | ) | |
| **Defendant.** | ) | |
| | ) | |

## DECLARATION OF STEFANO DICONI

I, Stefano Diconi, make the following statement freely and voluntarily based on my personal knowledge:

I hereby declare:

1. I am employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as an Instructional Technology Specialist assigned to the Professional & Technical Training Development Branch, Leadership and Professional Development Division, Office of Human Resources and Professional Development.  I have held this position since October 2007.

2. In my position, I have administrative access to pull records and reports from the online training content in the Justice Training Management System (JTMS), which is ATF's official system of record for the administration of all employee training.

3. JTMS records indicate that the Plaintiff, Lauren Viup, completed mandatory No Fear Act Roll Call Training (course number MNTG-PP-0038 DOCUMENT) on the following dates: May 31, 2019; June 11, 2020; and December 27, 2023.

4. Attached hereto as Exhibit 1 is a screenshot from the JTMS system reflecting Ms. Viup's No Fear Act training history.

5. Attached hereto as Exhibit 2, is a complete copy of the Power Point Slides for the mandatory online No Fear Act Roll Call Training course "MNTG-PP-0038 DOCUMENT".

6. The attached Power Point Slides are the slides that have been used for the current mandatory online No Fear Act Roll Call Training course "MNTG-PP-0038 DOCUMENT" which has been offered from the Fall of 2018 through the present date.

7. Slide 13 of the Power Point Slides states, "If you feel that you have been a victim of discrimination or retaliation, you may wish to contact an EEO (Equal Employment Opportunity) Officer or counselor from your agency within 45 calendar days of the event taking place."

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed this 3rd day of March 2025, in Washington, D.C.

_____
Stefano Diconi

# Exhibit 1

User Search

Lauren N Viup

LNVIUP

Actions

Completed Items | Approvals | External Learning Requests | Class Requests | Assignment Profiles | Library Access | User Groups

Completed Items (267)

no fear act

| ID | Item Title | Status | Completion Date | Actions |
|---|---|---|---|---|
| MNTG-CS-0008 COURSE ( 1-9/14/2005 03:00 PM EST ) | No Fear Act | Completed - No Exam | 4/23/2018 | ... |
| MNTG-PP-0038 DOCUMENT ( 1-4/20/2018 01:00 PM EST ) | No FEAR Act Roll Call (Training Materials) | Document Read | 12/27/2023 | ... |
| MNTG-PP-0038 DOCUMENT ( 1-4/20/2018 01:00 PM EST ) | No FEAR Act Roll Call (Training Materials) | Document Read | 6/11/2020 | ... |
| MNTG-PP-0038 DOCUMENT ( 1-4/20/2018 01:00 PM EST ) | No FEAR Act Roll Call (Training Materials) | Document Completed | 5/31/2019 | View Details |






# Exhibit 2
## ATF No FEAR Act Training

**PROTECTING THE PUBLIC**
**SERVING OUR NATION**



Welcome to
The ATF No FEAR Act Training

1



# Welcome to
# ATF No FEAR Act Training



PROTECTING THE PUBLIC
SERVING OUR NATION

Upon completion of this training, you will learn to:

- Identify the components of the No FEAR Act.

- Identify the Antidiscrimination Laws.

- Define unlawful Employment Discrimination.

- Identify Prohibited Personnel Practices.

- Identify reprisal as a result of complaining about workplace discrimination.

- Explain Whistleblower Protection.

- Identify the components of the EEO Complaint Process.



# What is the No FEAR Act?



PROTECTING THE PUBLIC
SERVING OUR NATION

The No FEAR Act became effective on October 1, 2003.  The Act requires that "… federal agencies be accountable  for violations of antidiscrimination and whistleblower protection laws."

The intent of the Act is to help ensure that federal agencies pay more attention to their EEO and Whistleblower activities and act more expeditiously to resolve complaints at the administrative level.





# What are the Employment Discrimination Laws?



PROTECTING THE PUBLIC
SERVING OUR NATION

Federal laws, executive orders, and DOJ and ATF policies prohibit employment discrimination and reprisal with respect to a term, condition, or privilege of employment under the following laws:

- Title VII of the Civil Rights Act of 1964

- The Rehabilitation Act of 1973

- The Age Discrimination Employment Act of 1967 (ADEA)

- The Equal Pay Act of 1963

- The Genetic Information Nondiscrimination Act of 2008 (GINA)

4



# What are the Employment Discrimination Laws?



ATF

PROTECTING THE PUBLIC
SERVING OUR NATION



## Title VII of the Civil Rights Act of 1964

- Title VII, as amended, prohibits treating an individual less favorably because of his or her race, color, religion, sex (including pregnancy, sexual orientation, gender identity), or national origin.

5



# What are the Employment Discrimination Laws?



## The Equal Pay Act of 1963

- The Equal Pay Act prohibits wage differentials based on sex when women and men are performing substantially equal work, in jobs that require equal skill, effort, and responsibilities, under similar working conditions, in the same establishment.





# What are the Employment Discrimination Laws?



PROTECTING THE PUBLIC
SERVING OUR NATION

**The Rehabilitation Act of 1973**

- Disability discrimination occurs when an agency subject to the Rehabilitation Act, as amended, treats a qualified individual with a disability less favorably because she or he has a mental or physical disability.

- Disability discrimination also occurs when an agency treats an employee or applicant less favorably because she or he has a history of disability or because she or he is believed to have a physical or mental impairment that is not transitory or minor.

- The Act also requires federal agencies to accommodate those individuals with a disability unless it imposes an undue hardship on the agency.

7



# What are the Employment Discrimination Laws?



PROTECTING THE PUBLIC
SERVING OUR NATION

**The Genetic Information Nondiscrimination Act of 2008 (GINA)**

- Prohibits use of genetic information to discriminate in employment.

- Restricts employers and other entities covered by GINA from requesting, requiring, or purchasing genetic information.

- Requires that covered entities keep genetic information confidential, subject to limited exceptions.



8



# What are the Employment Discrimination Laws?



**PROTECTING THE PUBLIC**
**SERVING OUR NATION**

**The Age Discrimination Employment Act of 1967 (ADEA)**

- The ADEA prohibits treating an individual aged 40+ less favorably because of his or her age.  It does **NOT** protect individuals under age 40.





# What is Employment Discrimination?



PROTECTING THE PUBLIC
SERVING OUR NATION

Workplace discrimination is defined as adverse employment action taken because of an individual's race, sex (including pregnancy, sexual orientation, gender identity), color, age, religion, national origin, disability, genetic conditions, parental status, or reprisal for participation in or support of the EEO process which results in the individual suffering a harm or loss with respect to a term, condition, or privilege of employment.



10





# What is Reprisal?



Reprisal means treating employees badly because they complained about discrimination on the job, filed a discrimination charge or complaint, or participated in any manner in an employment discrimination proceeding.

11



# Whistleblower Protection



PROTECTING THE PUBLIC
SERVING OUR NATION

Employees of DOJ and its contractors, subcontractors, and grantees perform an important service by reporting what they reasonably believe to be evidence of wrongdoing, and they should never be subject to or threatened with reprisal for doing so.  The OIG's Whistleblower Ombudsperson program carries out a number of key functions, including:

- Educating DOJ employees and managers about prohibitions on retaliation for protected disclosures, and employees who have made or are contemplating making a protected disclosure about the rights and remedies against retaliation for protected disclosures.

- Ensuring that the OIG is promptly and thoroughly reviewing complaints that it receives, and that it is getting back to whistleblowers in a timely fashion.

- Coordinating with the U.S. Office of Special Counsel, other agencies, and non-governmental organizations on relevant matters.

12



# Filing a Complaint



PROTECTING THE PUBLIC
SERVING OUR NATION

If you feel that you have been a victim of discrimination or retaliation, you may wish to contact an EEO (Equal Employment Opportunity) Officer or counselor from your agency within 45 calendar days of the event taking place.

Complaints can be filed by applicants, employees, and former employees of federal agencies.



13




## Rights and Remedies

PROTECTING THE PUBLIC
SERVING OUR NATION

- It is the view of the U.S. Equal Employment Opportunity Commission (EEOC) that if any federal employee becomes a victim of unlawful discrimination or retaliation, that employee has the right to seek a remedy.

- The complainant has the right to remain anonymous during the informal or counseling process, but once the employee has officially filed a complaint anonymity can no longer be protected.

14



# ATF No FEAR Act Training



PROTECTING THE PUBLIC
SERVING OUR NATION



Congratulations! You have completed the ATF No FEAR Act Training requirement.

For additional assistance or information, please call the Office of EEO:

202-648-8760

TTY: 202-648-9906

15