**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:25-CV-00001-DJH-CHL**

**LAUREN VIUP,**                                                                 **Plaintiff,**

**v.**

**PAMELA BONDI,**                                                            **Defendant.**

## ORDER

On March 5, 2026, Chief Judge Hale denied without prejudice the March 7, 2025, Motion to Dismiss (DN 33) filed by the Attorney General and referred this matter to the undersigned magistrate judge to set a schedule for expedited limited discovery on the issues of administrative exhaustion, EEO timeliness, and equitable tolling as well as a briefing schedule for any renewed motion for partial summary judgment.  (DN 40.)  Chief Judge Hale further ordered that discovery be completed within ninety days of entry of the Court's March 5, 2026, Memorandum and Order. (*Id.*)

Accordingly,

IT IS HEREBY ORDERED that:

(1)     No later than **March 18, 2026**, the Parties shall file a jointly proposed litigation schedule.  The Parties' schedule shall include deadlines for the Parties to complete discovery on the issues of administrative exhaustion, EEO timeliness, and equitable tolling within the deadline set by the Court's March 5, 2026, Order.  The Parties' schedule shall also include a proposed briefing schedule for any renewed motion for partial summary judgment.

(2)      This matter is set for a telephonic scheduling conference before the undersigned on **March 20, 2026, at 11:00 AM ET**.  Counsel for the Parties shall connect to the conference by dialing toll free number 1-650-479-3207 and entering access code 2319-759-1660.  Attendees should press # to skip entry of an attendee or host code.  Counsel are advised that the Court is setting this conference telephonically as a convenience to and cost-saving measure for the Parties.  But the telephonic conference is still a court proceeding for which the Court expects counsel to appear on time.  Counsel are cautioned that non-appearance may result in the proceeding being rescheduled for an in-person conference that client representatives must attend and/or the issuance of sanctions pursuant to Fed. R. Civ. P. 16(f).

March 6, 2026

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

2