# LUIBRAND LAW FIRM, PLLC
## 950 NEW LOUDON ROAD, SUITE 270
## LATHAM, NEW YORK 12110

Kevin A. Luibrand, Esq.
Ashlynn R. Savarese, Esq.

Phone:  (518) 783-1100
Fax:      (518) 783-1901
*Service by Fax is not accepted*

March 16, 2026

Paralegals:
Janet L. Murray
Jennifer Setford

Professional Staff:
Mary Grace Luibrand

Magistrate Judge Colin H. Lindsay
USDC-Western District of Kentucky
Gene Snyder United States Courthouse
601 West Broadway
Room 201
Louisville, KY 40202-2227

> **Re:**   Lauren Viup v. Pamela Bondi in her official capacity as Attorney General of
> the United States
> Civil Action No.:3:25-cv-0001-DJH-CHL

Dear Magistrate Judge Lindsay:

The parties have agreed on the below scheduling order in accordance with the court's directive at Docket No.: 41 with respect to the issue identified by Chief Judge David J. Hale at Docket No.: 40 which requires the parties to conduct expedited limited discovery on the issue of administrative exhaustion, EEO timeliness, and equitable tolling, and a briefing schedule with respect to summary judgment:

1. Plaintiff and defendant will each serve discovery demands on the other on or before March 26, 2026 with respect to limited issues of administrative exhaustion, EEO timeliness, and equitable tolling;

2. Plaintiff and defendant shall respond to the discovery demands at item 1 on or before April 6, 2026.

3. On or before April 30, 2026, the deposition of the plaintiff will be held remotely. Plaintiff will be produced by counsel without subpoena;

4. On or before May 15, 2026, the deposition of Joseph Persails will be held remotely; the defendant will produce Joseph Persails for the deposition without subpoena or further notice;

Luibrand Law Firm, PLLC
March 18, 2026
Page 2

5.  Any further depositions will be held on or before June 19, 2026, all to be conducted remotely; and

6.  The briefing schedule for the summary judgment motion will be as follows:

    a.  Defendant's motion for Summary judgment will be filed and served on or before August 4, 2026;
    b.  Plaintiff's answer  shall be filed and served on or before September 4, 2026;
    c.  Defendant's reply shall be filed and served on or before September 18, 2026.

Very truly yours,

LUIBRAND LAW FIRM, PLLC

By: Kevin A. Luibrand, Esq.

KAL/jes

**SO ORDERED:**

_____
**Magistrate Judge Colin H. Lindsay**

**Dated:_____, 2026**