# LUIBRAND LAW FIRM, PLLC
## 950 NEW LOUDON ROAD, SUITE 270
## LATHAM, NEW YORK 12110

Kevin A. Luibrand, Esq.
Ashlynn R. Savarese, Esq.

Phone:  (518) 783-1100
Fax:      (518) 783-1901
*Service by Fax is not accepted*

Paralegals:
Janet L. Murray
Jennifer Setford

Professional Staff:
Mary Grace Luibrand

March 16, 2026

Magistrate Judge Colin H. Lindsay
USDC-Western District of Kentucky
Gene Snyder United States Courthouse
601 West Broadway
Room 201
Louisville, KY 40202-2227

**Re:**    Lauren Viup v. Merrick Garland in his official capacity as Attorney General of
the United States
Civil Action No.:3:25-cv-0001-DJH-CHL

Dear Magistrate Judge Lindsay:

The parties have agreed on the below scheduling order in accordance with the court's directive at Docket No.: 41 with respect to the issue identified by Chief Judge David J. Hale at Docket No.: 40 which requires the parties to conduct expedited limited discovery on the issue of administrative exhaustion, EEO timeliness, and equitable tolling, and a briefing schedule with respect to summary judgment:

1.  Plaintiff and defendant will each serve discovery demands on the other on or before March 27, 2026 with respect to limited issues of administrative exhaustion, EEO timeliness, and equitable tolling;

2.  Plaintiff and defendant shall respond to the discovery demands at item 1 on or before April 27, 2026.

3.  On or before May 15, 2026, the deposition of the plaintiff will be held remotely. Plaintiff will be produced by counsel without further notice or subpoena;

4.  On or before May 15, 2026, the deposition of Joseph Persails will be held remotely. The defendant will produce Joseph Persails for the deposition without subpoena or further notice;

Website:  LuibrandLaw.com

Luibrand Law Firm, PLLC
March 20, 2026
Page 2

5. Any further depositions will be held on or before June 19, 2026, all to be conducted remotely; and

6. The briefing schedule for the summary judgment motion will be as follows:

   a. Defendant's motion for Summary judgment will be filed and served on or before August 4, 2026;
   b. Plaintiff's answer  shall be filed and served on or before September 4, 2026;
   c. Defendant's reply shall be filed and served on or before September 18, 2026.

Very truly yours,

LUIBRAND LAW FIRM, PLLC

By: Kevin A. Luibrand, Esq.

KAL/jes

**SO ORDERED:**

_____
**Magistrate Judge Colin H. Lindsay**

**Dated:** _____, **2026**