UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

---

LAUREN VIUP,

                              Plaintiff,

      v.

PAMELA BONDI in her official
capacity as ATTORNEY GENERAL
OF THE UNITED STATES,

                              Defendant.

**Payment of *Pro Hac Vice* Renewal Fee**

Civil Action No.: 3:25-cv-0001-DJH-CHL

---

       Payment is hereby made for the *pro hac vice* renewal fee for Kevin A. Luibrand, Esq. with respect to the above-captioned matter.

DATED: March 31, 2026

Yours, etc.,

LUIBRAND LAW FIRM, PLLC

*Kevin A. Luibrand*

Kevin A. Luibrand, Esq.
950 New Loudon Road
Suite 270
Latham, New York 12110
Tel.: (518)783-1100
Fax: (518)783-1901
E-mail: kluibrand@luibrandlaw.com