**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:25-CV-00001-DJH-CHL**

**LAUREN VIUP,**                                                                                        **Plaintiff,**

**v.**

**PAMELA BONDI,**                                                                                       **Defendant.**

## ORDER

On March 23, 2026, the Court directed attorney Christina O'Tousa to request efiling privileges in this District through her PACER account.  (DN 45, at PageID # 130.)  To date, attorney O'Tousa has not yet done so.

Accordingly,

IT IS HEREBY ORDERED that no later than **April 24, 2026**, attorney Christina O'Tousa shall request efiling privileges in this District through her PACER account pursuant to the instructions previously provided by the Clerk's Office.

April 15, 2026

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record