**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:25-CV-00001-DJH-CHL**

**LAUREN VIUP,**                                                                                **Plaintiff,**

**v.**

**TODD BLANCHE,**                                                                          **Defendant.**

### ORDER TO SHOW CAUSE

On March 20, 2026, the undersigned conducted a telephonic status conference, during which attorney Christina O'Tousa, the counsel for Defendant United States Attorney General Todd Blanche, failed to appear as ordered.  (DN 45.)  After the conference, the undersigned ordered counsel for Defendant to request e-filing privileges with the Court through her PACER account. (*Id.*)  This was not the first time the Court ordered counsel to do so, nor would it be the last.

The Court had previously ordered counsel for Defendant to register to file electronically pursuant to General Order No. 2008-03 by no later than January 21, 2025.  (DN 23.)  Counsel did not do so.  Therefore, on June 18, 2025, the Court once again contacted counsel for Defendant to inform her that she still needed to request e-filing privileges with the Court.  Counsel for Defendant once again failed to comply.  After the March 20, 2026 telephonic status conference, which counsel for Defendant failed to attend, the Court again ordered counsel to request e-filing privileges with the Court.  (DN 45.)  After counsel again failed to request e-filing privileges, the Court again ordered counsel to comply with its prior instructions by April 24, 2026.  (DN 49.)

The latest deadline for counsel to comply with the Court's orders has passed.  General Order No. 2008-03 cautions parties that failure to comply may result in a show cause order or an order to terminate the attorney's right to practice before this Court.  Over 14 months, the Court has

ordered counsel for Defendant to request e-filing privileges four times, and yet counsel for Defendant has failed to do so.  Therefore, the Court will order counsel for Defendant to show cause as to why she should not be sanctioned for her failure to comply with the Court's orders.

Accordingly,

IT IS HEREBY ORDERED that:

(1)      No later than **May 15, 2026**, attorney Christina O'Tousa shall **SHOW CAUSE** as to why she should not be sanctioned for her failure to comply with the Court's orders.

(2)      As Todd Blanche is now the Acting Attorney General, he is automatically substituted as the Defendant in this matter pursuant to Fed. R. Civ. P. 25(d).  The Clerk is directed to change the case caption to reflect the substitution.

May 5, 2026

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

2