**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:25-CV-00001-DJH-CHL**

**LAUREN VIUP,**                                                                          **Plaintiff,**

**v.**

**TODD BLANCHE,**                                                                      **Defendant.**

## ORDER

Before the Court are the Joint Motions to Set Aside and for Extension of Time filed by the Parties.  (DNs 51, 52.)  Regarding the Joint Motion to Set Aside, the Court notes that it had ordered attorney Christina O'Tousa to request e-filing privileges four times before, and as such, ordered attorney O'Tousa to show cause as to why she should not be sanctioned for failing to comply with Court orders.  In response, attorney Jason P. Snyder asserted that attorney O'Tousa had left the Office of the United States Attorney for the District of Columbia and had since ceased to be employed in any capacity by the United States Department of Justice.  The Court will therefore set aside the Order to Show Cause, and terminate O'Tousa as counsel of record.

Regarding the Joint Motion for an Extension of Time (DN 52), the Court notes that the Parties have agreed to the requested extension.

Accordingly,

IT IS HEREBY ORDERED that:

(1)      The Joint Motion to Set Aside (DN 51) is **GRANTED**.  The Cout's May 7, 2026, Order to Show Cause is **DISCHARGED**.  (DN 50.)  Attorney Christina O'Tousa is **TERMINATED** as counsel of record.

(2)    The Joint Motion for Extension of Time (DN 52) is **GRANTED**.

(a)    The Parties shall complete all discovery on the limited issues of administrative exhaustion, EEO timeliness, and equitable tolling on or before **November 9, 2026**.

(b)    On or before **December 16, 2026**, Defendant shall file her motion for summary judgment on the limited issues of administrative exhaustion, EEO timeliness, and equitable tolling.

(c)    Plaintiff's response to Defendant's summary judgment motion shall be filed on or before **January 6, 2027**.

(d)    Defendant's reply in support of her motion shall be filed on or before **January 20, 2027**.

(e)    The Parties may conduct the depositions of Plaintiff and Joseph Persails on any date before the conclusion of discovery.

May 26, 2026

Colin H Lindsay, Magistrate Judge

United States District Court

cc:  Counsel of record

2